**Frederick J. REED, Plaintiff–Appellant,**

v.

**UNITED STATES POSTAL SERVICE and Michelle Mann, United States Postal Inspector, Defendants–Appellees.**

Frederick J. Reed, Plaintiff–Appellant,

v.

**Mark Hosken, William Clauss, and the Federal Public Defenders Office, Defendants–Appellees.**

Docket No. 03–6270–CV.

United States Court of Appeals,
Second Circuit.

Sept. 6, 2005.

Frederick J. Reed, pro se, Rochester, NY, for Appellant.

Christopher V. Taffe, Assistant United States Attorney, Western District of New York, Rochester, NY, for Michael A. Battle, United States Attorney, on behalf of Appellees United States Postal Service and Michelle Mann, United States Postal Inspector, Eugene Welch, Harris, Chesworth, O'Brien, Johnstone, Welch & Leone, Rochester, NY, on behalf of Appellees Mark Hosken, William Clauss, and the Federal Public Defenders Office, for Appellees.

PRESENT: JACOBS, KATZMANN, and HALL, Circuit Judges.

*SUMMARY ORDER*

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgments of the district court be AFFIRMED.